IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:14-CR-00141-003 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| BRUCE HUNT, | |
| Defendant. | |

The above named defendant having been sentenced on June 25, 2018, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __**June 25, 2018**__       _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE